UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD RAY SMITH | CIVIL ACTION |
| VERSUS | NO. 18-3719 |
| ROBERT TANNER ET AL. | SECTION M (2) |

**O R D E R**

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 24), and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 27th day of November, 2018.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE